UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X

IN RE: Significant Steps Child Development Center, A Private Not-for-Profit Educational Corp. with a Charter

Debtor(s)

----------------------------------------------X

Chapter 7

Case No.: 05-22818 (JF)

STATEMENT PURSUANT TO LOCAL RULE 2017

I, Jonathan T. Koevary, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date | Services | Time |
|---|---|---|
| See Attached | Initial interview, analysis of financial condition, etc. | See Attached |
| See Attached | Preparation and review of Bankruptcy petition | See Attached |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $275.00.

Dated: August 26, 2005

/s/ Jonathan T. Koevary
Jonathan T. Koevary
Attorney for debtor(s)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(212) 715-9100  Fax:(212) 715-8000

SUMMARY OF SERVICES RENDERED PRE-PETITION
BY KRAMER LEVIN NAFTALIS & FRANKEL LLP
TO SIGNIFICANT STEPS CHILD DEVELOPMENT CENTER

JULY 1, 2005-AUGUST 11, 2005

FEES INCURRED BY KRAMER LEVIN[1]

| Employee Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Levin, Ezra G. | Partner | 1.60 | $725.00 | $ 1,160.00 |
| Power, James P. | Spec. Counsel | 1.90 | $510.00 | $   969.00 |
| Caton, Amy | Associate | 3.20 | $495.00 | $ 1,584.00 |
| Koevary, Jonathan T. | Associate | 46.30 | $275.00 | $12,732.50 |
| Kaufman, Alex S. | Law Clerk | 13.70 | $220.00 | $ 3,014.00 |
| Shea, James | Paralegal | 3.10 | $205.00 | $   635.50 |
| Seidman, Emily | Paralegal | 1.80 | $205.00 | $   369.00 |
| Gavigan, James C | Paralegal | 14.00 | $205.00 | $ 2,870.00 |
| TOTAL | | 85.60 | | $23,334.00 |

EXPENSES INCURRED

| Category | Amount |
|---|---|
| Telecopier | $   9.00 |
| Photocopying | $ 34.27 |
| Westlaw On-Line Research | $ 28.18 |
| Document Retrieval Fees | $ 36.58 |
| TOTAL | $108.03 |

---

[1] This list contains the number of hours and the regular billing rates for professionals and paraprofessionals of Kramer Levin who participated in the representation of Significant Steps Child Development Center and the preparation of its bankruptcy petition and filing from July 1, 2005 through the petition date, August 11, 2005.  Kramer Levin has agreed to represent Significant Steps on a pro bono basis; Kramer Levin has not been paid, nor expects to be paid by the debtor its estate for its prepetition services.